FILED 2007 OCT 24 PM 1:26 U.S. DISTRICT COURT W.D.N.Y. - [stamp]

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOISES COLON, 05A4890,

      Plaintiff,

-v-

**DECISION AND ORDER**
07-CV-6490L

Correction Sergeant ZYDELL,
Commissioner BRIAN FISHER,
Superintendent ROBERT KIRKPATRICK,
Deputy Superintendent for Security G. MONIHAN,
Director of the Inmate Grievance
Committee THOMAS G. EAGEN,
C.O.R.C. Director's Asst. K. BELLANEY,
Coor. Chaplain REVEREND SNYDER,
I.G.R.C. Staff Advisor Correction Sergeant SIDONI,
I.G.R.C. Civilian JANE DOE
and C.O.R.C. Decision Panel J. DOE'S

      Defendants.

---

    Plaintiff, who is incarcerated in the Clinton Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order

upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint, and specifically, plaintiff's request for a preliminary injunction.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: Oct. 24, 2007